# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

February 14, 2025

CL-2024-0190
J.G. v. M.B., S.B., and Morgan County Department of Human Resources
(Appeal from Morgan Juvenile Court:  JU-22-638.01).

CL-2024-0191
J.G. v. M.B., S.B., and Morgan County Department of Human Resources
(Appeal from Morgan Juvenile Court:  JU-22-640.01).

CL-2024-0192
K.B. v. M.B., S.B., and Morgan County Department of Human Resources
(Appeal from Morgan Juvenile Court:  JU-22-638.01).

CL-2024-0193
K.B. v. M.B., S.B., and Morgan County Department of Human Resources
(Appeal from Morgan Juvenile Court:  JU-22-640.01).

## <u>NOTICE</u>

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Edwards, Hanson, and Fridy, JJ., concur.

Moore, P.J., concurs in the result, without opinion.

Lewis, J., dissents, without opinion.

Seth P. Rhodebeck, Clerk